**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KUSUMAKAR SOODA and BHAKTI      *
SOODA      *
     Plaintiffs      *
     *      NO: 4:11CV00811   SWW
VS.      *      LEAD CASE
     *
SOHAIL CHEEMA, MOHAMMAD A.      *
LONE, and S&A PAK, INC.      *
     *
     Defendants      *
     *

*consolidated with:*

S&A PAK, INC.      *
     *
     Plaintiff      *
     *
VS.      *
     *      NO: 4:12CV00008 SWW
THH PROPERTIES LIMITED      *
PARTNERSHIP, PLT PROPERTIES      *
LLC, D&B THOMPSON PROPERTIES      *
LP, DUNCAN THOMPSON      *
PETROLEUM, INC., T C FUELS LP,      *
and JOE D. THOMPSON      *
     *
     Defendants

**ORDER**

On February 22, 2012, Plaintiff  S&A Pak, Inc. ("S&A") filed a motion for a preliminary

injunction (docket entries #21, #22).  On March 7, 2012,  Defendants filed a response in

opposition (docket entries #25, #26), and on March 14, 2012, S&A filed a reply.  Now before the

Court is Defendants' motion to strike S&A's reply (docket entries #30, #31) and S&A's

response in opposition (docket entry #35).   Defendants assert that S&A's reply expands the

scope of the original motion and that replies are not permitted under the Local Rules.

Although the Local Rules do not address whether parties may file reply briefs, they are not prohibited.  Defendants are free to file a sur-reply, and they will receive an opportunity to respond to S&A's reply during the preliminary injunction hearing.

IT IS THEREFORE ORDERED that Defendants' motion to strike (docket entry #30) is DENIED.

IT IS SO ORDERED THIS 9TH DAY OF APRIL, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE