IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KUSUMAKAR SOODA and BHAKTI SOODA | * * | |
| Plaintiffs | * * | NO: 4:11CV00811   SWW |
| VS. | * * | LEAD CASE |
| SOHAIL CHEEMA, MOHAMMAD A. LONE, and S&A PAK, INC. | * * * | |
| Defendants | * * | |

*consolidated with:*

| | | |
|---|---|---|
| S&A PAK, INC. | * * | |
| Plaintiff | * * | |
| VS. | * * * | NO: 4:12CV00008 SWW |
| THH PROPERTIES LIMITED PARTNERSHIP, PLT PROPERTIES LLC, D&B THOMPSON PROPERTIES LP, DUNCAN THOMPSON PETROLEUM, INC., T C FUELS LP, and JOE D. THOMPSON | * * * * * * * | |
| Defendants | | |

**ORDER DISMISSING**  *S&A Pak, Inc. v. THH Properties Limited Partnership*, **Case No. 4:12CV00008 SWW**

Before the Court is a joint motion all parties joined in *S&A Pak, Inc. v. THH Properties Limited Partnership*, Case No. 4:12CV00008 SWW, requesting the case be dismissed with prejudice based on settlement between the parties.  The motion is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE, with each party to pay its own fees and costs.

IT IS SO ORDERED THIS 30TH  DAY OF JULY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE